1010

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL GREGORY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01865-7, Regina S. Cahan, J., entered September 2, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

*In the Matter of the Marriage of* DOUGLAS RICHARD BLOME, *Respondent*, and DIANA MAE BLOME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-01955-6, Bruce E. Heller, J., entered September 11, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

ERNEST CASTRO, *Appellant*, v. HENSEN EQUIPMENT, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-40757-8, Jim Rogers, J., entered September 15, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

*In the Matter of the Marriage of* MARY LEE LINARES, *Respondent*, and DAVID R. BEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-3-00844-1, Gerald L. Knight, J., entered October 7, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.